STEPHEN TSAI LAW OFFICES
991 U.S. Highway 22 West, Suite 102
Bridgewater, New Jersey 08807
(908) 927-1000
Counsel for Defendant
 SAN-SAN LIU

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>SAN-SAN LIU,<br><br>           Defendant. | Hon. Stanley R. Chesler, U.S.D.J.<br>Case No.: CR 04-664 (SRC)<br><br>**ORDER PERMITTING RETURN OF DEFENDANT'S PASSPORT** |

**THIS MATTER** having been opened to the court by the Defendant herein, San-San Liu, by and through counsel, the Stephen Tsai Law Offices (Stephen Tsai, appearing), for the entry of an Order Permitting Return of Defendant's Passport; and it appearing that there was no objection to this relief; and good cause having otherwise been shown,

**IT IS** on this 6th day of Dec, 2008,

**ORDERED**, that the United States passport belonging to the Defendant San-San Liu shall be and hereby shall be returned to the Defendant, and that the Defendant San-San Liu shall be and hereby is permitted retain her passport, pending further Order of the Court; and it is further

**ORDERED**, that all other provisions of all other Orders of this Court shall remain in effect and unamended.

_____
HON. STANLEY R. CHESLER, U.S.D.J.