STEPHEN TSAI LAW OFFICES
991 U.S. Highway 22 West, Suite 102
Bridgewater, New Jersey 08807
(908) 927-1000
Counsel for Defendant
SAN-SAN LIU

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SAN-SAN LIU,<br><br>                Defendant. | Hon. Stanley R. Chesler, U.S.D.J.<br>Case No.: CR 04-664 (SRC)<br><br>**CONSENT ORDER TERMINATING<br>DEFENDANT'S PROBATION** |

**THIS MATTER** having been opened to the court by the Defendant herein, San-San Liu, by and through counsel, the Stephen Tsai Law Offices (Stephen Tsai, appearing), for the entry of an Order Terminating Defendant's Probation; and it appearing that there was no objection to this relief; and good cause having otherwise been shown,

IT IS on this ____ day of _____, 2009,

**ORDERED**, that the period of probation imposed on the Defendant by the Court on December 3, 2007 shall be and hereby is terminated, effectively immediately.

                                                                HON. STANLEY R. CHESLER, U.S.D.J.

We consent to the form and entry
of the within Consent Order:

RALPH J. MARRA, JR.
Acting United States Attorney

By: _____
KEVIN M. O'DOWD, Asst. U.S. Attorney

UNITED STATES PROBATION SERVICE

By: _____
PATRICIA JENSEN, U.S. Probation Officer

STEPHEN TSAI LAW OFFICES
Counsel for Defendant
 SAN-SAN LIU

By: _____
STEPHEN TSAI

2

We consent to the form and entry
of the within Consent Order:

CHRISTOPHER J. CHRISTIE
United States Attorney

By: _____
    KEVIN M. O'DOWD, Asst. U.S. Attorney

UNITED STATES PROBATION SERVICE

By: *Patricia C. Jensen*
    PATRICIA JENSEN, U.S. Probation Officer

STEPHEN TSAI LAW OFFICES
Counsel for Defendant
  SAN-SAN LIU

By: _____
    STEPHEN TSAI